IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THERESA MARIE KENNEDY,        :

    Plaintiff,        :

vs.        :        CA 11-0630-C

MICHAEL J. ASTRUE,        :
Commissioner of Social Security,
                                                            :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,812.50 under the Equal Access to Justice Act, representing compensation for 14.50 hours of service by Quinn E. Brock, Esquire, at the statutory rate of $125.00 per hour.

**DONE** this the 16th day of October, 2012.

        s/WILLIAM E. CASSADY
        **UNITED STATES MAGISTRATE JUDGE**