# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| THERESA MARIE KENNEDY, | : | |
| Plaintiff, | : | |
| vs. | : | CA 11-0630-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,812.50 under the Equal Access to Justice Act, representing compensation for 14.50 hours of service by Quinn E. Brock, Esquire, at the statutory rate of $125.00 per hour.

**DONE** this the 16th day of October, 2012.

        s/WILLIAM E. CASSADY
        **UNITED STATES MAGISTRATE JUDGE**